```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

THE ST. LOUIS TAN COMPANY,   )
et al.,                       )
                              )
        Plaintiffs,           )
                              )
    vs.                       )       No. 4:05-CV-1351 (CEJ)
                              )
BECKMAN ENTERPRISES, LTD.,    )
et al.,                       )
                              )
        Defendants.           )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this matter is dismissed, without prejudice, pursuant to Rule 41(a)(1), Fed.R.Civ.P.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 28th day of September, 2005.